```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     DIANE FULKERSON

                         Plaintiff(s)

        -vs-                                      04-CV-6490T


     XPEDX, A DIVISION OF INTERNATIONAL
     PAPER

                         Defendant(s)
_____
```

The parties having electronically filed a Stipulation of Dismissal on January 6, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.

SO ORDERED.

                                      S/ MICHAEL A. TELESCA
                                      MICHAEL A. TELESCA
                                      United States District Judge

Dated: January 9, 2006